# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# CITIZEN BY CNN

**Reg. No. 5,658,050**

**Registered Jan. 15, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

CABLE NEWS NETWORK, INC.  (DELAWARE CORPORATION)
One Cnn Center
Atlanta, GEORGIA 30303

CLASS 35: Providing an annual in-person business forum in the field of politics, current events and the role of media

FIRST USE 7-17-2018; IN COMMERCE 7-17-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-035,602, FILED 07-12-2018



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



**United States of America**

**United States Patent and Trademark Office**

# WATCH CNN

**Reg. No. 4,477,976**

**Registered Feb. 4, 2014**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CABLE NEWS NETWORK, INC. (DELAWARE CORPORATION)
C/O TURNER BROADCASTING SYSTEM, INC.
ONE CNN CENTER, 10N
ATLANTA, GA 30303

FOR: MEDIA SERVICES IN THE NATURE OF ELECTRONIC TRANSMISSION, BROAD-CASTING AND DELIVERY OF AUDIO, VIDEO AND MULTIMEDIA ENTERTAINMENT CONTENT INCLUDING TEXT, DATA, IMAGES, AUDIO, VIDEO AND AUDIOVISUAL FILES BY MEANS OF THE INTERNET, WIRELESS COMMUNICATION, ELECTRONIC COMMUNICATIONS NETWORKS, COMPUTER NETWORKS, TELECOMMUNICATIONS NETWORKS, INFORMATION SERVICES NETWORKS AND DATA NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-13-2013; IN COMMERCE 6-13-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,597,839, 4,124,472 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WATCH", APART FROM THE MARK AS SHOWN.

SER. NO. 85-971,515, FILED 6-27-2013.

WENDELL PHILLIPS, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

3

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
> reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,477,976

4

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 3,612,164**

**United States Patent and Trademark Office**  Registered Apr. 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



CABLE NEWS NETWORK, INC. (DELAWARE CORPORATION)
C/O TURNERBROADCASTING SYSTEM, INC.
ONE CNN CENTER, 10 NORTH
ATLANTA, GA 30303

FOR: DVDS FEATURING NEWS AND CURRENT EVENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-2003; IN COMMERCE 0-0-2003.

OWNER OF U.S. REG. NOS. 1,597,839, 2,389,307 AND OTHERS.

SER. NO. 77-575,283, FILED 9-22-2008.

KATHERINE M. DUBRAY, EXAMINING ATTORNEY

5

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

## United States Patent and Trademark Office

**Reg. No. 2,387,137**

Registered Sep. 19, 2000

### TRADEMARK
### PRINCIPAL REGISTER



CABLE NEWS NETWORK LP, LLLP (DELAWARE LIMITED PARTNERSHIP)
ONE CNN CENTER
BOX 105366
ATLANTA, GA 303485366

FOR: ELECTRICAL AND SCIENTIFIC APPARATUS; NAMELY, PRERECORDED VIDEOCASSETTES AND PRERECORDED COMPACT DISCS FEATURING CURRENT EVENTS AND GENERAL INFORMATION, BINOCULARS, CALCULATORS, CAMERAS AND CAMERA CASES, DECORATIVE REFRIGERATOR MAGNETS, MAGNIFYING GLASSES, MOUSE PADS, RADIOS, CLOCK RADIOS, AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7–0–1993; IN COMMERCE 7–0–1993.

OWNER OF U.S. REG. NOS. 1,597,839 AND 1,922,470.

SER. NO. 75–629,542, FILED 1–28–1999.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

**Int. Cl.: 38**

**Prior U.S. Cl.: 104**

**Reg. No. 1,597,839**

## United States Patent and Trademark Office

Registered May 22, 1990

### SERVICE MARK
#### PRINCIPAL REGISTER



CABLE NEWS NETWORK, INC. (GEORGIA CORPORATION)
ONE CNN CENTER, BOX 105366
ATLANTA, GA 303485366

FOR: CABLE AND TELEVISION BROADCASTING SERVICES, IN CLASS 38 (U.S. CL. 104).

FIRST USE 2-13-1985; IN COMMERCE 2-13-1985.
OWNER OF U.S. REG. NOS. 1,345,098 AND 1,345,099.

SER. NO. 73-829,898, FILED 10-6-1989.

LAURIE WHITAKER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,068,409**

**Registered Dec. 6, 2011**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CABLE NEWS NETWORK, INC. (DELAWARE CORPORATION)
ONE CNN CENTER
ATLANTA, GA 30303

FOR: CABLE TELEVISION AND SATELLITE BROADCASTING SERVICES; RADIO BROADCASTING SERVICES; STREAMING OF AUDIO, VIDEO AND AUDIO/VIDEO MATERIALS OVER THE INTERNET, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-22-2010; IN COMMERCE 11-22-2010.

THE MARK CONSISTS OF SPLIT LINE LETTERS "CNN" WITH SPLIT LINE SUPERSCRIPT TILDE.

SN 85-145,464, FILED 10-5-2010.

WENDY JUN, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

8

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,068,409

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,068,408**
**Registered Dec. 6, 2011**

CABLE NEWS NETWORK, INC. (DELAWARE CORPORATION)
ONE CNN CENTER
ATLANTA, GA 30303

**Int. Cl.: 41**

**SERVICE MARK**

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVISION OF ON-GOING MULTIMEDIA PROGRAMS IN THE FIELD OF NEWS AND CURRENT EVENTS DISTRIBUTED VIA VARIOUS PLATFORMS ACROSS MULTIPLE FORMS OF TRANSMISSION MEDIA, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**PRINCIPAL REGISTER**

FIRST USE 11-22-2010; IN COMMERCE 11-22-2010.

THE MARK CONSISTS OF SPLIT LINE LETTERS "CNN" WITH SPLIT LINE SUPERSCRIPT TILDE.

SN 85-145,457, FILED 10-5-2010.

WENDY JUN, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

10

<div style="border:1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,068,408

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,860,237**

**Registered Sep. 17, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

CABLE NEWS NETWORK, INC.  (DELAWARE CORPORATION)
One Cnn Center
Atlanta, GEORGIA 30303

CLASS 9: Downloadable software in the nature of a mobile application for use in distribution of digital video, video files, video games and multimedia content featuring news, current events, sports, weather, government, education, entertainment, dining, travel and leisure; computer application software for mobile phones for internet applications for use in distribution of digital video, video files, video games and multimedia content featuring news, current events, sports, weather, government, education, entertainment, dining, travel and leisure; headphones, computer keyboards, grips specially adapted for use with cell phones

FIRST USE 7-1-2006; IN COMMERCE 7-1-2006

The color(s) RED is/are claimed as a feature of the mark.

The mark consists of the stylized wording "CNN" in red with a split throughout the connected wording. The color white represents background and is not claimed as a feature of the mark.

OWNER OF U.S. REG. NO. 3612164, 1597839, 4124472

SER. NO. 88-059,421, FILED 07-31-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,124,472**

**Registered Apr. 10, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CABLE NEWS NETWORK, INC. (DELAWARE CORPORATION)
ONE CNN CENTER, 10N
C/O TURNER BROADCASTING SYSTEM, INC.
ATLANTA, GA 30303

FOR: ENTERTAINMENT SERVICES, NAMELY, MULTIMEDIA PROGRAM SERIES FEA-
TURING INFORMATION ABOUT CURRENT EVENTS, SPORTS, WEATHER, GOVERNMENT,
EDUCATION, ENTERTAINMENT, DINING, TRAVEL AND LEISURE DISTRIBUTED VIA
VARIOUS PLATFORMS ACROSS MULTIPLE FORMS OF TRANSMISSION MEDIA, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-13-1985; IN COMMERCE 2-13-1985.

OWNER OF U.S. REG. NOS. 1,597,839, 3,675,555 AND OTHERS.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE LETTER "C" CONNECTED TO THE LETTERS "NN" ALL
IN RED WITH A WHITE SPLIT LINE THROUGH THE LETTERS.

SER. NO. 85-300,139, FILED 4-20-2011.

JENNY PARK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

14

<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

     *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

     *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

     You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# CNN SANS

**Reg. No. 5,046,227**

**Registered Sep. 20, 2016**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Cable News Network, Inc. (DELAWARE CORPORATION)
c/o Turner Broadcasting System, Inc.
One CNN Center, 10N
Atlanta, GA 30303

CLASS 9: Downloadable printing fonts

FIRST USE 4-22-2016; IN COMMERCE 4-22-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3675555, 2387137, 3612164

No claim is made to the exclusive right to use the following apart from the mark as shown: "SANS"

SER. NO. 86-481,505, FILED 12-16-2014
LINDA BOH MICKLEBURGH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,297,339

Registered Dec. 7, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## CNN NEWSOURCE

CABLE NEWS NETWORK LP (DELAWARE LIMITED LIABILITY LIMITED PARTNER-SHIP)
ONE CNN CENTER
ATLANTA, GA 30303 , BY CHANGE OF NAME CABLE NEWS NETWORK, INC. (GEORGIA CORPORATION) GA, GA 303485366

FOR: NEWS AGENCY SERVICES, NAMELY, PROVIDING NEWS FEED PROGRAMS AND RAW FOOTAGE IN THE FIELD OF NEWS AND INFORMATION TRANSMITTED VIA SATELLITE FOR USE ON CABLE TELEVISION, BROADCAST TELEVISION, AND BROADCAST RADIO, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-0-1987; IN COMMERCE 11-0-1987.

SER. NO. 75-370,987, FILED 10-9-1997.

KELLEY WELLS, EXAMINING ATTORNEY

18

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,297,339

## United States Patent and Trademark Office

Registered Dec. 7, 1999

### SERVICE MARK
### PRINCIPAL REGISTER

## CNN NEWSOURCE

CABLE NEWS NETWORK LP (DELAWARE LIMITED LIABILITY LIMITED PARTNERSHIP)
ONE CNN CENTER
ATLANTA, GA 30303 , BY CHANGE OF NAME CABLE NEWS NETWORK, INC. (GEORGIA CORPORATION) GA, GA 303485366

FOR: NEWS AGENCY SERVICES, NAMELY, PROVIDING NEWS FEED PROGRAMS AND RAW FOOTAGE IN THE FIELD OF NEWS AND INFORMATION TRANSMITTED VIA SATELLITE FOR USE ON CABLE TELEVISION, BROADCAST TELEVISION, AND BROADCAST RADIO, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-0-1987; IN COMMERCE 11-0-1987.

SER. NO. 75-370,987, FILED 10-9-1997.

KELLEY WELLS, EXAMINING ATTORNEY

19



**United States of America**

**United States Patent and Trademark Office**

# CNN HEROES

**Reg. No. 4,579,188**

**Registered Aug. 5, 2014**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CABLE NEWS NETWORK, INC. (DELAWARE CORPORATION)
C/O TURNER BROADCASTING SYSTEM, INC.
ONE CNN CENTER, 10N
ATLANTA, GA 30303

FOR: ENTERTAINMENT SERVICES, NAMELY, AN ANNUAL CONTEST AND AWARD PROGRAM FOR RECOGNITION OF DISTINGUISHED ACHIEVEMENT OF SELECT INDIVIDUALS WHO MAKE AN IMPACT ON SOCIETY DISTRIBUTED VIA VARIOUS PLATFORMS ACROSS MULTIPLE FORMS OF TRANSMISSION MEDIA, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-6-2007; IN COMMERCE 12-6-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,597,839, 4,124,472 AND OTHERS.

SER. NO. 86-125,532, FILED 11-21-2013.

LAURA FIONDA, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

20

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# CNN FILMS

**Reg. No. 4,336,190**

**Registered May 14, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CABLE NEWS NETWORK, INC. (DELAWARE CORPORATION)
ONE CNN CENTER, 10N
C/O TURNER BROADCASTING SYSTEM, INC.
ATLANTA, GA 30303

FOR: PRODUCTION OF TELEVISION PROGRAMMING AND FILMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-8-2012; IN COMMERCE 10-8-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,597,839, 3,675,555, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FILMS", APART FROM THE MARK AS SHOWN.

SN 85-616,650, FILED 5-4-2012.

MICHAEL WIENER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

22

```
┌─────────────────────────────────────────────────────────┐
│          REQUIREMENTS TO MAINTAIN YOUR FEDERAL            │
│                 TRADEMARK REGISTRATION                    │
│                                                           │
│  WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│       DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.  │
└─────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
┌─────────────────────────────────────────────────────────┐
│  The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or │
│            reminder of these filing requirements.        │
└─────────────────────────────────────────────────────────┘
```

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,336,190

23

**Int. Cl.: 38**

**Prior U.S. Cls.: 100, 101 and 104**

**Reg. No. 2,903,197**

**United States Patent and Trademark Office**    Registered Nov. 16, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## CNN

CABLE NEWS NETWORK LP, LLLP (DELA-WARE LIMITED LIABILITY JOINT STOCK COMPANY)
ONE CNN CENTER
ATLANTA, GA 30303

FOR: CABLE TELEVISION BROADCASTING, CABLE RADIO BROADCASTING, TELEVISION BROADCASTING, RADIO BROADCASTING AND BROADCASTING PROGRAMS VIA A GLOBAL COMPUTER NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-13-1985; IN COMMERCE 2-13-1985.

OWNER OF U.S. REG. NOS. 1,597,839, 2,499,321 AND OTHERS.

SER. NO. 78-239,144, FILED 4-17-2003.

MARLENE BELL, EXAMINING ATTORNEY

24



# CNN COLLECTION

**Reg. No. 4,837,669**

**Registered Oct. 20, 2015**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CABLE NEWS NETWORK, INC. (DELAWARE CORPORATION)
C/O TURNER BROADCASTING SYSTEM, INC.
ONE CNN CENTER, 10N
ATLANTA, GA 30303

FOR: LICENSING OF VIDEO FOOTAGE, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 3-15-2015; IN COMMERCE 3-15-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,597,839, 3,612,164, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLECTION", APART FROM
THE MARK AS SHOWN.

SN 86-287,210, FILED 5-21-2014.

KATHY DE JONGE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

25

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

Page: 2 / RN # 4,837,669