IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABLE NEWS NETWORK, INC., | Civil Action No. 1:26-cv-04427 |
| Plaintiff, | |
| v. | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| PERPLEXITY AI, INC., | |
| Defendant. | |

The motion of _____ Sharon L. Davis _____, for admission to practice Pro Hac Vice to appear as in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

Applicant's Name: Sharon L. Davis _____

Firm Name: Rothwell, Figg, Ernst & Manbeck, P.C.

Address: 901 New York Ave., NW. Suite 900

City / State / Zip: Washington D.C., 20001

Telephone / Fax: 202-783-6040, 202-783-6031 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Cable News Network, Inc. in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: June 8, 2026
_____

_Loretta A. Presley_
_____
United States District / Magistrate Judge