AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Cable News Network Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-04427-LAP |
| Perplexity AI, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Perplexity AI, Inc.                                                                                      .

Date:     06/17/2026                                        /s/ John C. Quinn
                                                                                    *Attorney's signature*

                                                                        John C. Quinn, 4965000
                                                                        *Printed name and bar number*

                                                                        HECKER FINK LLP
                                                                        350 Fifth Avenue, 63 Floor
                                                                        New York, NY 10118

                                                                        *Address*

                                                                        jquinn@heckerfink.com
                                                                        *E-mail address*

                                                                        (212) 763-0883
                                                                        *Telephone number*

                                                                        (212) 564-0883
                                                                        *FAX number*