**Hecker Fink LLP**

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

jquinn@heckerfink.com

June 17, 2026

**BY CM/ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

> *Re:* Consent Request for Extension of Time to Respond – *Cable News Network Inc. v. Perplexity AI, Inc.*, 1:26-cv-04427-LAP

Dear Judge Preska:

I write on behalf of Defendant Perplexity AI, Inc., and with Plaintiff's consent, to respectfully request a 60-day extension for Defendant to respond to the Complaint from June 22, 2026, to August 21, 2026. This is the first request for an extension of this deadline.

On May 28, 2026, Plaintiff Cable News Network Inc. filed its complaint against Defendant. ECF No. 1. Defendant was served on June 1, 2026. ECF No. 17. Accordingly, Defendant's response to the Complaint is presently due June 22, 2026. Defendant respectfully requests that Defendant's time to respond be extended to August 21, 2026, to provide additional time for Defendant to assess, analyze, and appropriately respond to the allegations in the Complaint.

Counsel for Plaintiff consents to this request. We thank the Court for its consideration.

Hecker Fink LLP

2

Respectfully submitted,

*John Quinn*
*Counsel to Defendant*
*Perplexity AI, Inc.*

cc: All Counsel of Record (via ECF)

**SO ORDERED.**

_____
Loretta A. Preska
Senior United States District Judge

June 18, 2026