ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | Boston

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

E. Anthony Figg
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Jennifer B. Maisel
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Daniel L. Shores
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
Bryan B. Thompson
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.
Benjamin H. Fishman
Jotham Koneri
Delon Lier*

Of Counsel
Alexandra S. Hughes
Hugham Chan

August 27, 2026

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Request to Modify Motion to Dismiss Briefing Schedule – *Cable News Network, Inc. v. Perplexity AI, Inc.*, No. 1:26-cv-4427 (LAP)

Dear Judge Preska:

On August 21, 2026, Perplexity moved to dismiss the Complaint in this matter. Dkt. 30. Under S.D.N.Y. Civil Rule 6.1(b), Plaintiff's opposition is due September 4, 2026. Plaintiff respectfully requests an extension for its opposition until September 25, 2026.

We have discussed the above with counsel for Perplexity and are authorized to advise the Court that defendant consents to this request.

Respectfully submitted,

*/s/ Steven Lieberman*

Steven Lieberman

cc: All counsel of record (via ECF)

SO ORDERED.

____________________

Loretta A. Preska
United States District Judge