Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

tanderson@heckerfink.com

October 23, 2026

**BY CM/ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

*Re:* Request for Oral Argument – *Cable News Network, Inc. v. Perplexity AI, Inc.*, 1:26-cv-04427-LAP

Dear Judge Preska:

I write on behalf of Defendant Perplexity AI, Inc. ("Perplexity"), and in accordance with Section 2.D of Your Honor's Individual Practices, to respectfully request oral argument on Perplexity's Motion to Dismiss, ECF No. 30. Perplexity today electronically filed its reply memorandum of law in support of Perplexity's motion to dismiss, which completes the briefing on the motion.

We thank the Court for its consideration.

Respectfully submitted,

*Trisha Anderson*
*Counsel to Defendant*
*Perplexity AI, Inc.*

cc: All Counsel of Record (via ECF)